**Joseph Michael BURNS, Plaintiff–Appellant,**

v.

**Ronald J. ANGELONE, Director, Department of Corrections; David Garraghty, Chief Warden; Loretta Kelly, Deputy Chief Warden; Charles Davis, Warden; S.J. Avert, Assistant Warden; G.P. Williams, Assistant Warden; Williams Butts, Security Sergeant; J. CAPPS, Grievance Coordinator; Anthony Parker, Chief of Security; Jimmy Everett, Housing Unit Manager; Rufus Fleming, Regional Director; E. Parker, Sergeant of Security, Defendants–Appellees.**

actions and *Bivens* actions. *See Booth v. Churner*, 206 F.3d 289, 291 (3d Cir.2000),

**No. 01–6357.**

United States Court of Appeals, Fourth Circuit.

Submitted July 24, 2001.

Decided Aug. 21, 2001.

Joseph Michael Burns, pro se.

Before WILLIAMS, KING, and GREGORY, Circuit Judges.

PER CURIAM.

Joseph Michael Burns, a Virginia inmate, appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp.2000) complaint under 28 U.S.C.A. § 1915A (West Supp.2000). We have reviewed the record and the district court's opinion and find that this appeal is frivolous. Accordingly, we dismiss the appeal substantially on the reasoning of the district court. *See Burns v. Angelone*, No. CA–01–63–2 (E.D.Va. Feb. 12, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*